## John B. French, Impleaded with James W. Curtiss, as Surviving Partners of French & Perryman, v. James W. Regan.

1. SERVICE OF SUMMONS—*Ten Days Before the Term.*—The statute requires service to be made ten days before the first day of the term, in order to compel a defendant to plead.

Assumpsit.—Error to the Circuit Court of Cook County; the Hon. OLIVER H. HORTON, Judge, presiding. Heard at the March term, 1895. Reversed and remanded. Opinion filed April 4, 1895.

CONSIDER H. WILLETT, attorney for plaintiff in error.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

The plaintiff here was defendant below, served with process six days before the July term, 1894, and a judgment by default entered against him at that term. The judgment was premature. The statute requires service to be ten days before the term, to compel the defendant to plead at that term. Sec. 8, Practice Act.

The judgment is reversed and the cause remanded.